**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and HOWARD McDOUGALL, as Trustee,  )<br><br>Plaintiffs,  )<br>v.  )<br><br>GEORGE HOF, an individual,  )<br><br>Defendant.  ) | Case No. 10-4907 PAM/JJG<br><br>Honorable Paul A. Magnuson<br>District Judge |

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE AND WITHOUT COSTS**

**WHEREAS**, Plaintiffs Central States, Southeast and Southwest Areas Pension Fund and Howard McDougall, trustee, and Defendant George Hof have agreed to dismiss this case with prejudice and without costs.

NOW, THEREFORE, **IT IS HEREBY ORDERED**, adjudged and decreed that this case is dismissed with prejudice and without costs and with each party bearing its own attorneys' fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Date:  July  20,  2011             s/Paul A. Magnuson
                                   Honorable Paul A. Magnuson
                                   United States District Court Judge

STIPULATED AND AGREED:

**CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, et al., Plaintiffs**

By:    /s/ Anthony E. Napoli
       Anthony E. Napoli
       Attorney for Plaintiffs
       Central States, Southeast and
       Southwest Areas Pension Fund
       9377 West Higgins Road
       Rosemont, Illinois 60018-4938


By:    /s/ George Hof
       George Hof, Defendant

**CERTIFICATION OF SERVICE**

    I, Anthony E. Napoli, one of the attorneys for Plaintiffs Central States, Southeast and Southwest Areas Pension Fund, et al., certify that on the 20th day of July, 2011, I caused the foregoing Stipulated Order of Dismissal to be filed electronically. This filing was served on all parties indicated on the electronic filing receipt via the Court's electronic filing system.

                                                                          /s/ Anthony E. Napoli
                                                                          Anthony E. Napoli
                                                                          One of Central States' Attorneys